### Rosina Leindecker, Defendant in Error, v. Joseph J. Schaeffer, Plaintiff in Error.

### Gen. No. 20,553.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. Edward T. Wade, Judge, presiding. Heard in this court at the March term, 1915. Affirmed. Opinion filed October 5, 1915.

### Statement of the Case.

Action of forcible detainer by Rosina Leindecker, plaintiff, against Joseph J. Schaeffer, defendant, in the Municipal Court of Chicago, to recover possession of premises of which defendant retained possession after the expiration of the term of a lease. To reverse a judgment for plaintiff, defendant prosecutes this writ of error.

Henry Roth, for plaintiff in error.

Martin C. Koebel, for defendant in error; E. M. Seymour, of counsel.

Mr. Justice Baker delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. FRAUDS, STATUTE OF, § 24*—*when lease void under.* A verbal agreement for a lease for a year to begin *in futuro* is void under the Statute of Frauds.

2. LANDLORD AND TENANT, § 88*—*when lessor's assent to holding over essential to renew term.* A tenant under a written lease cannot, by holding over after the expiration of the term, and refusing to surrender possession, create a tenancy at will or at suffrance, for the reason that until the landlord recognizes the new tenancy, by acceptance of rent, or otherwise, the holding over is a mere offer to become a tenant on the terms of the former lease, not assented to by the landlord.